

1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  baustin@swlaw.com

6  *Attorneys for Defendant*
   *Equifax Information Services LLC*
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 JAMES W. EILER,                        ) **Case No. 2:18-cv-01753-JAD-PAL**
                                          )
11                       Plaintiff,       ) **STIPULATION OF EXTENSION OF**
                                          ) **TIME FOR DEFENDANT EQUIFAX**
12 vs.                                    ) **INFORMATION SERVICES LLC TO**
                                          ) **FILE ANSWER**
13 NOVATION CREDIT UNION, LEXISNEXIS      )
14 RISK SOLUTIONS, INC., EQUIFAX          ) **(FIRST REQUEST)**
   INFORMATION SERVICES LLC, EXPERIAN     )
15 INFORMATION SOLUTIONS, INC., and       )
   TRANS UNION LLC,                       )
16                                        )
                                          )
17                       Defendants.      )

18         Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

21 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

22 answer, move or otherwise respond to the Complaint in this action is extended from October 24,

23 2018 through and including **November 14, 2018**. Plaintiff and Equifax are actively engaged in

24 settlement discussions. The additional time to respond to the Complaint will facilitate settlement

25 discussions.

26 ///

27 ///

28 ///

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 24th day of October, 2018.

SNELL & WILMER LLP

By:  /s/ Bradley Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**No opposition**

/s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
Kazerouni Law Group, APC
6069 S. Fort Apache Rd, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808
FAX: (800) 520-5523
Email: mkind@kazlg.com

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED: October 25, 2018

4843-1808-9849.1