**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Novation Credit Union*

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

| | |
|---|---|
| James W. Eiler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Novation Credit Union, LexisNexis Risk Solutions, Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-01753-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT NOVATION CREDIT UNION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant, Novation Credit Union, and Plaintiff, James W. Eiler, through their undersigned counsel, hereby stipulate that Defendant, Novation Credit Union ("Novation"), shall have up to and including December 19, 2018, to file and serve its responsive pleading to Plaintiff's Complaint.

The parties are continuing their settlement discussions and are very close to reaching an agreement. Because Novation's response is now due, they request additional time to determine if early settlement is possible.

/ / /

/ / /

1

This is the second requested extension.

DATED this 19th day of November 2018.   DATED this 19th day of November 2018.

**RESNICK & LOUIS, P.C.**   **KAZEROUNI LAW GROUP, APC**


*/s/ Sue Trazig Cavaco*   */s/ Michael Kind*
SUE TRAZIG CAVACO, ESQ.   MICHAEL KIND, ESQ.
Nevada Bar No. 6150   Nevada Bar No. 13903
8925 West Russell Rd., Suite 220   6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148   Las Vegas, NV 89148
Attorneys for Defendant,   Attorneys for Plaintiff,
*Novation Credit Union*   *James W. Eiler*

**ORDER**

IT IS SO ORDERED.

DATED this 20th day of November 2018.


_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT NOVATION CREDIT UNION TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** was served this 19th day of November 2018, by:

[ ] **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE**: by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE**: by causing personal delivery by an employee of Resnick & Louis, P.C. of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY ELECTRONIC SERVICE**: by transmitting via the Court's electronic filing services the document(s) listed above to the Counsel set forth on the service list on this date pursuant to EDCR Rule 7.26(c)(4).

Michael Kind, Esq.
Kazerouni Law Group, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: 800-400-6808 x7 / Fax: 800-520-5523
mkind@kazlg.com

An Employee of Resnick & Louis, P.C.

3