Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff James W. Eiler*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| James W. Eiler, | Case No. 2:18-cv-01753-JAD-PAL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND LEXISNEXIS RISK SOLUTIONS, INC.** |
| Novation Credit Union, LexisNexis Risk Solutions, Inc., Equifax Information Services LLC, Experian Information Solutions, Inc. and Trans Union LLC, | |
| Defendants. | |

# NOTICE

The dispute between James W. Eiler ("Plaintiff") and LexisNexis Risk Solutions, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **January 18, 2019**.

DATED this 20th day of November 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
     Michael Kind, Esq.
     6069 S. Fort Apache Rd., Ste. 100
     Las Vegas, NV 89148
     *Attorneys for Plaintiff*

**IT IS ORDERED** that plaintiff shall have until **January 18, 2019,** to either file a notice of voluntary dismissal as to LexisNexis Risk Solutions, Inc., or a status report advising when the notice of voluntary dismissal will be filed.

Dated: November 26, 2018

_____
Peggy A. Leen
United States Magistrate Judge

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 20, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
       Michael Kind, Esq.
       6069 S. Fort Apache Rd., Ste. 100
       Las Vegas, NV 89148

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148