David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
JAMES W. EILER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. EILER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NOVATION CREDIT UNION; LEXISNEXIS RISK SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>　　　　Defendants. | Case No.: **2:18-cv-01753-JAD-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN JAMES W. EILER AND <u>TRANS UNION, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between JAMES W. EILER ("Plaintiff") and Defendant TRANS UNION, LLC ("TRANS UNION") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against TRANS UNION, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to TRANS UNION be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to TRANS UNION.

Dated: January 30, 2019

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
**JAMES W. EILER**

**IT IS ORDERED** that the settling parties shall have until **April 1, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 31, 2019

Peggy A. Leen
United States Magistrate Judge