Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff James W. Eiler*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| James W. Eiler,<br><br>Plaintiff,<br><br>v.<br><br>Novation Credit Union, LexisNexis Risk Solutions, Inc., Equifax Information Services LLC, Experian Information Solutions, Inc. and Trans Union LLC,<br><br>Defendants. | Case No. 2:18-cv-01753-JAD-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

# NOTICE

The dispute between James W. Eiler ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Experian with prejudice within 60 days—on or before **April 16, 2019**.

DATED this 15th day of February 2019.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **April 16, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 19, 2019

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 15, 2019, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148