1 Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff James W. Eiler*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| James W. Eiler, <br><br> Plaintiff, <br><br> v. <br><br> Novation Credit Union, LexisNexis Risk Solutions, Inc., Equifax Information Services LLC, Experian Information Solutions, Inc. and Trans Union LLC, <br><br> Defendants. | Case No. 2:18-cv-01753-JAD-PAL <br><br> **Stipulation and Order Dismissing Claims against Experian Information Solutions, Inc. and Directing Further Action** <br><br> ECF No. 48 |

STIPULATION OF DISMISSAL     1     CASE NO. 2:18-cv-01753-JAD-PAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, James W. Eiler ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 18th day of March 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ Andrew J. Sharples
Andrew J. Sharples, Esq.
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Experian Information Solutions, Inc.*

### ORDER

Based on the parties' stipulation **[ECF No. 48]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. are DISMISSED with prejudice, each side to bear its own fees and costs.

**This dismissal leaves claims pending against LexisNexis Risk Solutions, Inc. only.** On November 20, 2018, plaintiff advised the court that it had settled with LexisNexis and would file dismissal documents by January 18, 2019, and the court gave plaintiff until that date to either file a notice of voluntary dismissal or a status report advising when the notice would be filed. *See* ECF No. 26. Neither happened. **Plaintiff has until April 5, 2019, to submit a stipulation to dismiss these remaining claims or the court will dismiss them without prejudice for want of prosecution and close this case.**

U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2019

STIPULATION OF DISMISSAL